**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

STEARN & COMPANY, L.L.C.
and STEVEN E STEARN,

    Plaintiffs.

v.              Case No. 06-CV-14923-DT

UNITED STATES OF AMERICA,
DEPARTMENT OF TREASURY,
INTERNAL REVENUE SERVICE,

    Defendants.
_____/

## JUDGMENT

In accordance with the court's "Opinion and Order Granting Defendant's Motion to Affirm," dated June 29, 2007,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Internal Revenue Service and against Plaintiffs Steven Stearn and Stearn & Company LLC.

Dated at Detroit, Michigan, this 29th day of June, 2007.

            DAVID J. WEAVER
            CLERK OF THE COURT


          _S/Lisa Wagner_____
         By: Lisa Wagner, Case Manager
          to Judge Robert H. Cleland